**No. 26-4454**

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

THE GEO GROUP, INC.,

*Plaintiff–Counter-Defendant–Appellant,*

v.

ROBERT W. FERGUSON, NICHOLAS W. BROWN,

*Defendants–Counter-Claimants–Appellees*

On Appeal from the U.S. District Court, W. District of Washington
The Honorable Benjamin H. Settle
Case No. 3:23-cv-05626-BHS

## CIRCUIT RULE 27-3 CERTIFICATE FOR EMERGENCY MOTION

Harry J.F. Korrell
DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave., Ste. 3300
Seattle, WA 98104
(206) 757-8030
harrykorrell@dwt.com

David M. Gossett
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Ste. 500-E
Washington, DC 20005
(202) 973-4200
davidgossett@dwt.com

Scott Schipma
THE GEO GROUP, INC.
4955 Technology Way
Boca Raton, FL 33431
(561) 999-7615
scott.schipma@geogroup.com

*Attorneys for The GEO Group, Inc.*

**CIRCUIT RULE 27-3 CERTIFICATE FOR EMERGENCY MOTION**

I certify the following:

**The relief I request in the emergency motion that accompanies this certificate is:**

> Appellant The GEO Group, Inc. (GEO) respectfully requests (a) an immediate administrative stay of the district court's preliminary injunction pending disposition of this motion, to allow the Court additional time to consider the motion on a non-emergency basis; or alternatively (b) a stay of the injunction pending the outcome of GEO's appeal by Wednesday, July 22, 2026, at 5 pm.

**Relief is needed no later than *(date)*:** Wednesday, July 22, 2026, at 5 pm.

**The following will happen if relief is not granted within the requested time:**

> On July 9, 2026, the district court entered a preliminary injunction compelling GEO to admit Washington Department of Health inspectors to the Northwest ICE Processing Center (NWIPC) over the objection of U.S. Immigration and Customs Enforcement (ICE). The district court's order (Dkt. 95) is attached as Exhibit A and referred to here as *Ferguson PI*.

> The NWIPC is a secure federal immigration detention facility that GEO operates under contract with ICE. The responsible ICE official has testified (a) that ICE controls access to the facility's secure areas; (b) that he denied the specific inspections the injunction compels; and (c) that GEO has no authority to admit the inspectors over ICE's denial. Cantrell Decl. (Ex. F).

> The district court stayed its injunction for 14 days "to allow the parties the opportunity to appeal." *Ferguson PI* at 28. The stay expires, and the injunction takes effect, on July 23, 2026. Absent relief by July 22, GEO will be forced to choose between a federal court's injunction requiring it to provide access to state inspectors and a federal officer's directive requiring it to deny such access.

> The district court simultaneously issued an identical injunction in a different but parallel case, from which GEO has also appealed to this Court (Case No. 26-4450). That order is attached as Exhibit B, and is

1

referred to as *Wash. DOH PI*. GEO has filed an unopposed motion to consolidate the two cases, and is filing a parallel motion to this one in that case.

**I could not have filed this motion earlier because:**

Federal Rule of Appellate Procedure 8(a)(1) required GEO to seek relief in the district court first. The injunction issued July 9. GEO filed its notice of appeal on July 13 and moved the district court to extend the stays in both cases on July 15. On July 16 at around 3 pm, the district court denied those motions. Ex. C (*Ferguson*); Ex. D (*Wash DOH*). Counsel for GEO prepared this motion as expeditiously as possible.

**I requested this relief in the district court or other lower court**:     [X] Yes

**I notified 9th Circuit court staff via voicemail or email about the filing of this motion:**     [X] Yes

**I have notified all counsel and any unrepresented party of the filing of this motion:**

> **On** *(date)*:          July 16, 2026
> **By** *(method)*:        e-mail
> **Position of other parties**: Defendants oppose this motion

**Name and best contact information for each counsel/party:**

*Counsel for Appellees*
- Ellen E. Range, Office of the Attorney General of Washington, Complex Litigation Division, 800 Fifth Avenue, Seattle, WA 98104, 360-586-6314, ellen.range@atg.wa.gov;

- Andrew R.W. Hughes, Office of the Attorney General of Washington, 800 Fifth Avenue, Seattle, WA 98104, 206-464-7744, andrew.hughes@atg.wa.gov;

- Cristina Sepe, Office of the Attorney General of Washington, 800 Fifth Avenue, Seattle, WA 98104, cristina.sepe@atg.wa.gov

- Marsha J. Chien, Office of the Attorney General of Washington, Complex Litigation Division, 800 Fifth Avenue, Seattle, WA 98104, 206-389-2406, marsha.chien@atg.wa.gov.

2

*Counsel for Appellant*

- David M. Gossett, Davis Wright Tremaine LLP, 1301 K Street NW, Suite 500 East, Washington, DC 20005, (202) 973-4200, DavidGossett@dwt.com;

- Harry J. F. Korrell, Davis Wright Tremaine LLP, 920 Fifth Avenue, Suite 3300, Seattle, WA 98104, (206) 622-3150, HarryKorrell@dwt.com;

- Scott Schipma, The GEO Group, Inc., 4955 Technology Way, Boca Raton, FL 33431, (561) 999-7615, scott.schipma@geogroup.com.

I declare under penalty of perjury that the foregoing is true.

**Signature** s/David M. Gossett  **Date** July 19, 2026

3