UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WASHINGTON DEPARTMENT OF HEALTH,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　Defendant - Appellant. | No. 26-4450<br><br>D.C. No. 3:24-cv-05639-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |
| THE GEO GROUP, INC.,<br><br>　　　　Plaintiff-ctr-defendant-<br>Appellant,<br><br>　v.<br><br>JAY R. INSLEE and ROBERT W. FERGUSON,<br><br>　　　　Defendant-ctr-claimants -<br>Appellees. | No. 26-4454<br><br>D.C. No. 3:23-cv-05626-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: W. FLETCHER, GOULD, and NGUYEN, Circuit Judges.

The unopposed motion (Docket Entry No. 5 in appeal No. 26-4450, Docket Entry No. 7 in appeal No. 26-4454) to consolidate these appeals is granted. Appeal Nos. 26-4450 and 26-4454 are consolidated.

The motion (Docket Entry No. 8 in appeal No. 26-4454) to assign these cases to the panel that decided appeal No. 24-2815 is granted.

The request for an administrative stay is granted. The district court's July 9, 2026 orders are temporarily stayed pending further order. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).

The court will set a briefing schedule on the pending emergency motions for a stay of the July 9, 2026 orders pending appeal by separate order.

The consolidated opening brief is due August 11, 2026. The consolidated answering brief is due September 8, 2026. The optional consolidated reply brief is due 21 days after the consolidated answering brief is served.