UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WASHINGTON DEPARTMENT OF HEALTH, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant - Appellant. | No. 26-4450 <br><br> D.C. No. 3:24-cv-05639-BHS <br> Western District of Washington, Tacoma <br><br> ORDER |
| THE GEO GROUP, INC., <br><br> Plaintiff-ctr-defendant-Appellant, <br><br> v. <br><br> JAY R. INSLEE and ROBERT W. FERGUSON, <br><br> Defendant-ctr-claimants - Appellees. | No. 26-4454 <br><br> D.C. No. 3:23-cv-05626-BHS <br> Western District of Washington, Tacoma <br><br> ORDER |

The following schedule will govern the pending motions for a stay pending appeal in these consolidated appeals:

The response to the emergency motions is due August 5, 2026. The optional reply in support of the emergency motions is due August 7, 2026

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-4450